# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AMANDA BAULDREE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 17-0400-KD-MU ) |
| DREW MARKY and JOHN DOES 1-5 (ESCAMBIA COUNTY JAILERS) | ) ) ) |
| Defendants. | ) ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge (doc. 13) made under 28 U.S.C. § 636(b)(1) and dated April 25, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **dismissed without prejudice** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure due to Plaintiff's failure to prosecute this action by complying with this Court's lawful order. The pending motions (docs. 14, 15, 16) are **denied as moot**.

**DONE** and **ORDERED** this the 14th day of May 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**